CAESAR A. TRONOLONE, Respondent, v. WILLIAM HORN, Appellant.— Judgment affirmed, with costs. All concur. (The judgment of Supreme Court, Erie Special

Term, affirms a judgment of the Buffalo City Court in favor of plaintiff, in an action for damages to stock of merchandise resulting from negligence in maintenance of leased property.) Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.